# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 10-35362-dof |
| Venus Spence | **Chapter 13 Proceedings** |
| | **Judge Daniel Opperman** |
| **Debtor(s).** | |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Venus Spence | Debtor Refund | | | 747511 | $6.68 |

Dated: October 12, 2011

                                                                                           /s/Carl L. Bekofske  
                                                        Carl L. Bekofske,  
                                                        Standing Chapter 13 Trustee  
                                                        400 N. Saginaw St., Ste 331  
                                                        Flint, MI 48502  
                                                        Telephone: (810) 238-4675  
                                                        Fax: (810) 238-4712  
                                                        Email: ECF@flint13.com  
                                                        P10645